# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                Case No. 08-CR-307

ADRIAN HARPER,

        Defendant.

_____

## ORDER

On May 18, 2009, United States Magistrate Judge Patricia Gorence issued a recommendation that this court deny defendant Adrian Harper's motion to suppress physical evidence recovered during the course of Harper's detention and arrest. Neither party has filed a timely objection to the recommendation as required by 28 U.S.C. § 636(b)(1) and Local Rule 72.3. After reviewing the recommendation, the court adopts it in its entirety and denies Harper's motion to suppress. *See United States v. Edwards*, 894 F.Supp. 340, 341 (E.D.Wis. 1995) (holding *de novo* review only required for portions of magistrate's recommendation to which timely object is made).

Accordingly,

**IT IS ORDERED** that the May 18, 2009 recommendation of Magistrate Gorence that defendant's motion to suppress evidence be denied (Docket #34) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that defendant Adrian Harper's motion to suppress evidence (Docket #30) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge